# CLERK'S MINUTE SHEET
## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Kirtan Khalsa

Initial/Identity/Detention Hearing

| | | | |
|---|---|---|---|
| Case Number: | 21mj528 KK | UNITED STATES vs. Martin | |
| Hearing Date: | 4/22/2021 | Time In and Out: | 3:43-4:16 |
| Courtroom Deputy: | E. Hernandez | Courtroom: | ABQ Zoom |
| Defendant: | Matthew Martin | Defendant's Counsel: | Kitren Fischer |
| AUSA: | Jack Burkhead | Pretrial/Probation: | S. Day |
| Interpreter: | N/A | Witness: | |

## Initial Appearance

| | |
|---|---|
| ☒ | Defendant received a copy of charging document |
| ☒ | Court advises defendant(s) of possible penalties and all constitutional rights |
| ☒ | Defendant currently has Court appointed counsel |

| | | | |
|---|---|---|---|
| ☐ | Government moves to detain | ☒ | Government does not recommend detention |
| ☐ | Set for | on | @ |

## Preliminary/Show Cause/Identity

| | | | |
|---|---|---|---|
| ☒ | Defendant waives Identity Hearing and Preliminary Hearing | | |
| ☒ | Court finds probable cause | ☐ | Court does not find probable cause |

## Detention

| | |
|---|---|
| ☐ | Defendant waives Detention Hearing |
| ☒ | Government does not oppose release with additional conditions; defense does not object to government's request; pretrial services officer addresses court; court findings |

## Custody Status

| | | |
|---|---|---|
| ☐ | Defendant | |
| ☒ | Conditions of release imposed | |

## Other

| | |
|---|---|
| ☒ | Defendant waives personal presence at hearing/Court accepts Defendant's waiver |
| ☒ | Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so. |
| ☐ | Matter referred to      for Final Revocation Hearing |
| ☐ | |