# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

United States of America

v.

_Matthew Martin_
*Defendant*

Case No. MJ 21-528 KK

## WAIVER OF PERSONAL PRESENCE AT HEARING

I, _Matthew Martin_, Defendant, understand that I am scheduled for a _initial hrg / identity / detention_ hearing on _4/22/21_.
*nature of hearing*   *date*

I understand that I may appear by video for this proceeding. I hereby ask to be permitted to appear for the hearing by video, and waive my right to be personally present for this hearing.

Date: _4/22/21_

_____
*Defendant's signature*

_Cit 2. Kitren Fischer_
*Signature of defendant's attorney*

_K. Fischer, DANCRON LAW FIRM P.C._
*Printed name of defendant's attorney*

_kitren@cronlawfirm.com_
*Defendant's attorney's e-mail address*

_dan@cronlawfirm.com_