AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

| United States of America | ) |
|---|---|
| v. | ) |
| Matthew Martin | ) Case No. MJ 21-528 KK |
| Defendant | ) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 4/22/21

_Defendant's signature_

_Signature of defendant's attorney_

KATHRYN (KITREN) FISCHER 141581 (NM)
_Printed name and bar number of defendant's attorney_

425 Sandoval Street, SF NM 87501
_Address of defendant's attorney_

kitren@cronlawfirm.com
_E-mail address of defendant's attorney_

(505) 986-1334
_Telephone number of defendant's attorney_

(505) 820-3387
_FAX number of defendant's attorney_